

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00253-CV

IN THE INTEREST OF K.M.-J. AND D.A.R.-J

Appeal from the 314th District Court of Harris County. (Tr. Ct. No. 2012-06289J).

This case is an appeal from the final decree terminating the parental rights of appellant, Hilda Jovel-Ayala, signed by the trial court on February 26, 2015. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 8, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Chief Justice Radack.